# UNITED STATES DISTRICT COURT

_____MIDDLE_____ **DISTRICT OF** _____ALABAMA_____

UNITED STATES OF AMERICA

V.

DEMETRIUS A. JONES

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:18cr334-WKW-01

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

W. Keith Watkins
_____
Signature of Judge

 W. Keith Watkins,             U.S. District Judge
_____
Name of Judge                  Title of Judge

 4/9/2019
_____
Date